COMMERCIAL NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Respondent, v. CHARBERT HOLDING CORPORATION, Respondent, and BENDIX AVIATION CORPORATION, Appellant. AERONAUTICAL HOLDINGS, LIMITED, Respondent, v. COMMERCIAL NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Respondent.

CHARLES H. COLVIN, Respondent, v. BENDIX AVIATION CORPORATION, Appellant. (Consolidated Action.) — Judgment affirmed, with costs to the respondents Aeronautical Holdings, Limited, and Charles H. Colvin. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes to reverse and dismiss the complaint.